IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| Plaintiff | * | |
| v. | * | CIVIL NO. WMN-02-1359 |
| ASIA L. ASHBY | * | |
| a/k/a Asia Ashby | | |
| | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

ORDER

The court file reflecting that service of process has been effected upon defendant **Asia L.
Ashby a/k/a Asia Ashby,** and that defendant has not yet filed any response to the Complaint, it
is, this _7th_ day of ____July____ 2002

ORDERED that plaintiff file a motion for entry of default and motion for default
judgment or provide a report as to why such a motion would be inappropriate on or before
____July 23____, 2002.



William M. Nickerson
Senior United States District Judge