IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 JUL 16  P 2: 20

CLERK'S OFFICE
AT BALTIMORE

_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Civil No. WMN- 02-1359 |
| Asia L. Ashby, a/k/a Asia Ashby | : |
| Defendant. | : |

....oOo.....

## JUDGMENT BY DEFAULT

The plaintiff has moved, pursuant to Rule 55(b)(2), Fed. R. Civ. Pr., for a judgment by default, an entry of default having been made by the Clerk on July 16, 2002, for want of answer or other defense. The court having reviewed the entire record, it appears that: (1) the defendant has been properly served; (2) the defendant has not appeared in this action; (3) the plaintiff has established a factual and legal basis for its claim against the defendant; and (4) a hearing on the nature or amount of the plaintiff's claim is unnecessary.

Accordingly, it is this 16th day of July, 2002, ORDERED:

1. Judgment by default is hereby entered in favor of the plaintiff, and against the defendant, in the amount of $5,254.91, (principal of $2,797.60, interest in the amount of $2,457.31 through June 19, 2002 and administrative costs of $.00) plus prejudgment interest at the rate of 8% per annum from June 19, 2002 until the date of judgment, interest at the legal rate from the date of judgment until paid in full, filing fees in the amount of $150.00 pursuant to 28 U.S.C. §1914, and cost for service of the summons and complaint by a Private Process Server in the amount of $30.00.

_____
WILLIAM M. NICKERSON
SR. U.S. DISTRICT JUDGE